**Exhibit A to the Complaint**

**Location:** Jersey City, NJ  
**Total Works Infringed:** 39  
**IP Address:** 71.172.67.247  
**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 6C5802283DDB948D5E7C7285AAB35FC6963810CA | 05/17/2019 01:19:22 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 2 | 0B4774375E186E495C8B1BD6FF4F294000825FA8 | 02/28/2019 15:51:19 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 3 | 10DB5BB485F41FE8ED9AF235D6B113C3D73C2BC1 | 05/30/2019 01:25:37 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 4 | 13ED242B2E69B755B85AB60A24033C9098B19457 | 02/10/2019 07:30:20 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 5 | 1D4049513062B062CD16BC94DD23B350354A4D2C | 02/28/2019 16:29:21 | Blacked Raw | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 6 | 2481C7E826B955AD3904DD76975A66BBFA8B2C58 | 02/10/2019 16:06:17 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 7 | 2D6CF1B100B404F1FEA15A07E7AABAC36FC8DA7C | 02/10/2019 08:01:09 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 8 | 34A30B760CAFEDB0D4E3BE08EDC730520F248CFB | 02/10/2019 06:19:00 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 9 | 34F105634E5D1FEEA2F74752390910DC325AB959 | 02/23/2019 13:39:26 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 10 | 3B7FCDC35106D34051C2FC36148FEDCAB1630D33 | 02/15/2019 06:40:29 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 11 | 3BDE61CCCD3B15C896166261D92EDEA7FC826E8A | 02/10/2019 08:36:05 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 12 | 3FF22A421980221B4715D8B9CAB464DBAEA46212 | 04/05/2019 00:44:06 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 13 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | 02/10/2019 04:50:24 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 14 | 50918624232E330D3BE580D70686E8187DA40C50 | 02/10/2019 06:32:37 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 15 | 53F8B69368C78B8EB5BF0D8C234FA70CFE869900 | 02/10/2019 18:09:57 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 16 | 564D1E16A10D2D387F28AE28844602EA977A34FF | 02/13/2019 02:48:28 | Vixen | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 17 | 569EA4E37D734845F004640477EAC8E02A56BA2C | 03/07/2019 02:08:16 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 5815C9AE2D140AF400795CA0529B23A92C5C3F03 | 02/19/2019 04:54:28 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 19 | 5967339FADF211BB3C11AA9ED6376176C01FDE6E | 02/10/2019 20:33:56 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 20 | 61D2D2493DB39B99F4F0C4354F1CE0D448EAF010 | 02/10/2019 16:46:58 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 21 | 6440AEA5D90BDFAADB6E3ED08E229867EFB75723 | 02/10/2019 20:10:51 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 22 | 650637F4C368482C7EBB844370A51B7A377FFF4E | 02/23/2019 13:34:50 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 23 | 65EA0DDE10C5C488BECBF15977B0E7E0F5556E7A | 02/10/2019 07:26:29 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 24 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | 02/10/2019 04:55:31 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 25 | 760549998F682641E843FD33C2C4B86F73FE3994 | 02/10/2019 06:02:39 | Vixen | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 26 | 83ABE3F3733BE033DE463456D05D132C062BAE58 | 02/10/2019 05:39:10 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 27 | 8AEA27202C47B378BF48659CC2938DB8691054EF | 04/26/2019 04:49:08 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 28 | 98F09643766D5D561E986EFEB5BBA4F6BE98517E | 02/23/2019 12:23:01 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 29 | 999119815B4658C0FF752B3646FF5241172A67B2 | 03/21/2019 06:59:48 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 30 | AE2482D557A3B4CCE098B1912E9C0520ECF661FC | 02/10/2019 20:12:55 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 31 | AE452322D4BF39B173EBF746370CA3A1AFA63F97 | 02/19/2019 19:05:00 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 32 | B289D00CC93B0233B567847E6A05F1A46EF33243 | 02/10/2019 07:30:42 | Tushy | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 33 | BB93EAF655260B5DE8725464FBE98C4CBC7F1E6E | 02/10/2019 06:00:08 | Vixen | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 34 | C2D9B1003D58049A4B3166BE0C9620ECCA0B4800 | 04/05/2019 01:51:27 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 35 | CBEB61B95533C8C2E4B038612FD11950E1127C62 | 05/17/2019 01:29:57 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 36 | D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4 | 04/07/2019 23:23:38 | Tushy | 05/26/2018 | 07/14/2018 | PA0002128078 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | E39211CD578D8725EC56A93E4277596E667706A6 | 02/10/2019 07:55:28 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 38 | EBDFABD3E6521C1C98EFDF4B49DA0E417B99D658 | 02/15/2019 15:50:18 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 39 | FE290FA09DACD4364A03F1A1D060BE213CD378B2 | 02/10/2019 07:23:50 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |