# The Atkin Firm, LLC
Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
---
* Member of NJ, NY, and PA Bar

Tel: (973) 285-3239
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

October 23, 2019

**Via ECF**

The Honorable Katharine S. Hayden
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

      Re:    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 71.172.67.247**
             **Dkt. No. 2:19-cv-16181-KSH-CLW**

Judge Hayden:

      I represent Plaintiff Strike 3 Holdings, LLC, in the above-referenced matter. I respectfully write to inform the Court that the parties have reached an agreement in principle to settle this matter. Accordingly, the parties consent to and respectfully request that the Court enter a 60-day order, pursuant to Local Civil Rule 41.1(b).

      Thank you for your attention to this matter.

Respectfully Submitted,

*/s/ John C. Atkin*

John C. Atkin, Esq.

cc:    All Counsel of Record (via ECF)