**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:     John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 71.172.67.247,<br><br>Defendant. | Case No. 2:19-cv-16181-KSH-CLW<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 71.172.67.247 are voluntarily dismissed with prejudice.

DATED: November 1, 2019

Respectfully submitted,

**THE ATKIN FIRM, LLC**

*Attorneys for Plaintiff,*
*Strike 3 Holdings, LLC*

*/s/ John C. Atkin, Esq.*
John C. Atkin, Esq.

SO ORDERED:
HON. KATHARINE S. HAYDEN, U.S.D.J.

_____
NOVEMBER 5, 2019

1